IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-756-RJC-DCK

| | |
|---|---|
| CHAD POWE, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Ruth Sheehan, concerning Charles E. Schaffer, on January 9, 2024. Charles E. Schaffer seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Charles E. Schaffer is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: January 9, 2024

David C. Keesler
United States Magistrate Judge