IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-756-RJC-DCK

| | |
|---|---|
| CHAD POWE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| BANK OF AMERICA, N.A., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) filed by Joel R. Rhine, concerning Stephen R. Basser, on February 14, 2024. Stephen R. Basser seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) is **GRANTED**. Stephen R. Basser is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: February 14, 2024

David C. Keesler
United States Magistrate Judge